# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.V., by and through his guardian ad litem CHONG VANG,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:18-cv-0168 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 18) |

On September 21, 2018, Defendant filed a motion for a two-day extension of time to serve a response to Plaintiff's opening brief, reporting counsel "was recently reassigned this case and erred in determining the due date" (Doc. 18 at 1) In addition, Defendant filed a proof of service, indicating and the response has now been served. (Doc. 19) Plaintiff had no objection to the delay. (Doc. 18 at 1)

Accordingly, the Court **ORDERS:** Defendant's motion for an extension of time (Doc. 18) is **GRANTED**.

IT IS SO ORDERED.

Dated: **September 21, 2018**          **/s/ Jennifer L. Thurston**
          UNITED STATES MAGISTRATE JUDGE